# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. – JFM-08-0442 |
| RAYMOND BUTLER | |

## MEMORANDUM

Raymond Butler has filed a motion to compel his former attorney, Gerald C. Ruter, to surrender Mr. Ruter's file to him.

Mr. Ruter has declined to submit the file to Butler because Ruter signed a discovery agreement with the Government stating that he would not provide copies of discovery materials to Butler. This court knows that the signing of such a discovery agreement is standard practice in this court. Accordingly, Butler's motion to compel is denied.

Date: 6/7/13

J. Frederick Motz
United States District Judge

1